**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JENNIFER RIOS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2191-KC** |
| | § | |
| **MARKWAYNE MULLIN, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

On this day, the Court considered the case. Federal Rule of Civil Procedure 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed R. Civ. P. 4(m).

Plaintiff filed her Complaint, ECF No. 1, against several Federal Government defendants on August 21, 2026. *See id.* More than ninety days have passed since that time, and Plaintiff has not filed proof of service under Rule 4(*l*) on any of the persons or entities specified by Rule 4(i). Accordingly, the Court **ORDERS** Plaintiff to **FILE** proof of service on Defendants by **no later than December 4, 2026**. Failure to comply may result in dismissal of the case.

**SO ORDERED.**

SIGNED this 20th day of November, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE